| | |
|---|---|
| 1 | RONALD K. ALBERTS (SBN 100017) |
|   | TAD A. DEVLIN (SBN 190355) |
| 2 | AVO A. ADOURIAN (SBN 229900) |
|   | GORDON & REES LLP |
| 3 | 275 Battery Street, Suite 2000 |
|   | San Francisco, CA  94111 |
| 4 | Telephone: (415) 986-5900 |
|   | Facsimile: (415) 986-8054 |

FILED
08 JUL 18 PM 2:00

Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY, THE PARSONS BRINCKERHOFF GROUP ADMINISTRATION, INC. SHORT TERM DISABILITY PLAN AND THE PARSONS BRINCKERHOFF GROUP ADMINISTRATION, INC. LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FOWLER, | CASE NO. CV 08 3463 MEJ |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| AETNA LIFE INSURANCE COMPANY; THE PARSONS BRINCKERHOFF GROUP ADMINISTRATION, INC. SHORT TERM DISABILITY PLAN; THE PARSONS BRINCKERHOFF GROUP ADMINISTRATION, INC. LONG TERM DISABILITY PLAN; AND DOES 1 THROUGH 20, INCLUSIVE, | |
| Defendants. | |

AETNA/1051882/5819465v.1

-1-

PROOF OF SERVICE    CASE NO. C 08-03463 MEJ

1  I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On July 18, 2008, I served the within documents:

- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

- **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATE MAGISTRATE JUDGE FOR TRIAL**

- **ECF REGISTRATION INFORMATION HANDOUT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

Arnold R. Levinson
Terrance J. Coleman
Brian H. Kim
Pillsbury & Levinson LLP
600 Montgomery Street, 31st floor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 18, 2008 at San Francisco, California.

*Diane Moreno*
Diane Moreno

-2-

PROOF OF SERVICE                                              CASE NO. C 08-03463 MEJ