RONALD K. ALBERTS (SBN 100017)
TAD A. DEVLIN (SBN 190355)
AVO A. ADOURIAN (SBN 229900)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY, THE PARSONS BRINCKERHOFF GROUP ADMINISTRATION, INC. SHORT TERM DISABILITY PLAN AND THE PARSONS BRINCKERHOFF GROUP ADMINISTRATION, INC. LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FOWLER,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY; THE PARSONS BRINCKERHOFF GROUP ADMINISTRATION, INC. SHORT TERM DISABILITY PLAN; THE PARSONS BRINCKERHOFF GROUP ADMINISTRATION, INC. LONG TERM DISABILITY PLAN; and DOES 1 through 20, INCLUSIVE,<br><br>Defendants. | CASE NO. 3:08-cv-03463 (MEJ)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS [FED. R. CIV. P. 12(b)(6)] AND MOTION TO STRIKE [FED. R. CIV. P. 12(f)]**<br><br>DATE: September 18, 2008<br>TIME: 10 a.m.<br>DEPT.: CourtroomB<br>JUDGE: Hon. Maria-Elena James |

Defendants Aetna Life Insurance Company, The Parsons Brinckerhoff Group Administration, Inc. Short Term Disability Plan and The Parsons Brinckerhoff Group Administration, Inc. Long Term Disability Plan (collectively referred to as "Defendants") filed a Motion to Dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff Elizabeth Fowler's ("Fowler") Second Cause of Action set forth in her first amended complaint in this action. Defendants also filed a Motion to Strike, pursuant to Federal Rule of Civil Procedure 12(f), Fowler's request to recover emotional distress damages and injunctive relief. Defendants

also sought an order denying Fowler's request for a jury trial. Defendants' Motion to Dismiss and Motion to Strike are collectively referred as "Motion."

Defendants' Motion was heard on September 18, 2008, before Honorable Maria-Elena James in this Court.

Considering the parties' papers regarding Defendants' Motion and hearing oral argument, Defendants' Motion is GRANTED.

IT IS HEREBY ORDERED as follows:

1.  Fowler's Second Cause of Action for Equitable Relief is dismissed with prejudice because it is precluded by ERISA because Fowler has an adequate available remedy under ERISA for alleged wrongful termination of benefits pursuant to 29 U.S.C. § 1132(a)(1)(B);

2.  Fowler's request to recover for emotional distress and injunctive relief under her First Cause of Action and Second Cause of Action are stricken because they are not recoverable under ERISA as a matter of law.

3.  Fowler's request for a jury trial is denied because it is impermissible under ERISA.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                          Judge of the District Court

-2-

[PROPOSED] ORDER GRANTING DEFTENDANTS' MOTION TO DISMISS
[FED. R. CIV. P. 12(b)(6)] AND MOTION TO STRIKE [FED. R. CIV. P. 12(f)]        CASE NO. 3:08-CV-03463 (MEJ)