```
Arnold R. Levinson    (State Bar No. 066583)
Terrence J. Coleman   (State Bar No. 172183)
Brian H. Kim          (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email:  alevinson@pillsburylevinson.com
        tcoleman@pillsburylevinson.com
        bkim@pillsburylevinson.com
```

Attorneys for Plaintiff
ELIZABETH FOWLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FOWLER,<br><br>  Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY; THE PARSONS BRINCKERHOFF GROUP ADM SHORT TERM DISABILITY PLAN; THE PARSONS BRINCKERHOFF GROUP ADM LONG TERM DISABILITY PLAN, et al.,<br><br>  Defendants. | Case No. C 08-03463 MEJ<br><br>**PLAINTIFF ELIZABETH FOWLER'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**<br><br>[Local Rule 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 28, 2008                    PILLSBURY & LEVINSON, LLP

                                        By:  _____/s/_____
                                             Terrence J. Coleman
                                             Brian H. Kim
                                             Attorneys for Plaintiff
                                             ELIZABETH FOWLER

-1-

PLAINTIFF ELIZABETH FOWLER'S CERTIFICATION
OF INTERESTED ENTITIES OR PARTIES                           Case No. C 08-03463 MEJ