Arnold R. Levinson   (State Bar No. 066583)
Terrence J. Coleman  (State Bar No. 172183)
Brian H. Kim         (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email:  alevinson@pillsburylevinson.com
        tcoleman@pillsburylevinson.com
        bkim@pillsburylevinson.com

Attorneys for Plaintiff
ELIZABETH FOWLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FOWLER,<br><br>   Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY; THE PARSONS BRINCKERHOFF GROUP ADM SHORT TERM DISABILITY PLAN; THE PARSONS BRINCKERHOFF GROUP ADM LONG TERM DISABILITY PLAN, et al.,<br><br>   Defendants. | Case No. C 08-03463 MEJ<br><br>**PLAINTIFF ELIZABETH FOWLER'S DEMAND FOR TRIAL BY JURY** |

Plaintiff Elizabeth Fowler hereby demands a trial by jury on all issues in this action in accordance with the Federal Rules of Civil Procedure.

Dated: July 28, 2008                    PILLSBURY & LEVINSON, LLP


                                        By:      _____/s/_____
                                            Terrence J. Coleman
                                            Brian H. Kim
                                            Attorneys for Plaintiff
                                            ELIZABETH FOWLER