| | |
|---|---|
| 1 | RONALD K. ALBERTS (SBN 100017) |
| | TAD A. DEVLIN (SBN 190355) |
| 2 | AVO A. ADOURIAN (SBN 229900) |
| | GORDON & REES LLP |
| 3 | 275 Battery Street, Suite 2000 |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 986-5900 |
| | Facsimile: (415) 986-8054 |
| 5 | |
| 6 | Attorneys for Defendants |
| | AETNA LIFE INSURANCE COMPANY, THE PARSONS |
| | BRINCKERHOFF GROUP ADMINISTRATION, INC. |
| 7 | SHORT TERM DISABILITY PLAN AND THE PARSONS |
| | BRINCKERHOFF GROUP ADMINISTRATION, INC. |
| 8 | LONG TERM DISABILITY PLAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIZABETH FOWLER, | | CASE NO. C08-03463 MEJ |
| | Plaintiff, | |
| v. | | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION** |
| AETNA LIFE INSURANCE COMPANY; THE PARSONS BRINCKERHOFF GROUP ADMINISTRATION, INC. SHORT TERM DISABILITY PLAN; THE PARSONS BRINCKERHOFF GROUP ADMINISTRATION, INC. LONG TERM DISABILITY PLAN; AND DOES 1 THROUGH 20, INCLUSIVE, | | |
| | Defendants. | |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: July 29th, 2008                    GORDON & REES LLP

By_____
Tad A. Devlin
Attorneys for Defendants AETNA LIFE INSURANCE
COMPANY, THE PARSONS BRINCKERHOFF GROUP
ADMINISTRATION, INC. SHORT TERM DISABILITY
PLAN and THE PARSONS BRINCKERHOFF GROUP
ADMINISTRATION, INC. LONG TERM DISABILITY PLAN

AETNA/1051882/5841890v.1

DEFENDANTS' REQUEST FOR REASSIGNMENT TO
A U.S. DISTRICT JUDGE FOR TRIAL AND DISPOSITION                    CASE NO. C08-03463 MEJ