1  RONALD K. ALBERTS (SBN 100017)
   TAD A. DEVLIN (SBN 190355)
2  AVO A. ADOURIAN (SBN 229900)
   GORDON & REES LLP
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for Defendants
6  AETNA LIFE INSURANCE COMPANY, THE PARSONS
   BRINCKERHOFF GROUP ADMINISTRATION, INC.
7  SHORT TERM DISABILITY PLAN AND THE PARSONS
   BRINCKERHOFF GROUP ADMINISTRATION, INC.
8  LONG TERM DISABILITY PLAN

9                        UNITED STATES DISTRICT COURT
10                       NORTHERN DISTRICT OF CALIFORNIA
11

12 | ELIZABETH FOWLER,              | CASE NO. C08-03463 MEJ
                   Plaintiff,
13 | v.                             | **CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 AND FEDERAL RULES OF CIVIL PROCEDURE 7.1**
14 | AETNA LIFE INSURANCE COMPANY;
   | THE PARSONS BRINCKERHOFF GROUP
15 | ADMINISTRATION, INC. SHORT TERM
   | DISABILITY PLAN; THE PARSONS
16 | BRINCKERHOFF GROUP
   | ADMINISTRATION, INC. LONG TERM
17 | DISABILITY PLAN; AND DOES 1
   | THROUGH 20, INCLUSIVE,
18 |
   |                 Defendants.
19

20

21      Pursuant to Local Rule 7.1-1, and Federal Rules of Civil Procedure Rule 7.1, counsel of

22 record for defendants Aetna Life Insurance Company; The Parsons Brinckerhoff Group

23 Administration, Inc. Short Term Disability Plan; and The Parsons Brinckerhoff Group

24 Administration, Inc. Long Term Disability Plan certify that the following listed parties may have a

25 direct, pecuniary interest in the outcome of this case. These representations are made to enable the

26 Court to evaluate possible disqualification or recusal.

27      1.    Elizabeth Fowler, named as plaintiff herein;

28

DEFENDANTS' CERTIFICATE
OF INTERESTED PARTIES                                                   CASE NO. C08-03463 MEJ

1   2.   Aetna Life Insurance Company; The Parsons Brinckerhoff Group Administration, Inc. Short Term Disability Plan; and The Parsons Brinckerhoff Group Administration, Inc. Long Term Disability Plan, named as defendants herein.

    3.   Aetna Inc., parent corporation of Aetna Life Insurance Company.

DATED: July 29, 2008

GORDON & REES LLP

By _____
Tad A. Devlin
Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY,
THE PARSONS BRINCKERHOFF GROUP
ADMINISTRATION, INC. SHORT TERM
DISABILITY PLAN and THE PARSONS
BRINCKERHOFF GROUP ADMINISTRATION, INC.
LONG TERM DISABILITY PLAN