Terrence J. Coleman (State Bar No. 172183)
Brian H. Kim        (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email: tcoleman@pillsburylevinson.com, bkim@pillsburylevinson.com

Attorneys for Plaintiff
ELIZABETH FOWLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FOWLER,<br><br>    Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY; THE PARSON BRINCKERHOFF GROUP ADMINISTRATION INC. SHORT TERM DISABILITY PLAN; THE PARSONS BRINCKERHOFF GROUP ADMINISTRATION, INC. LONG TERM DISABILITY PLAN; and DOES 1 through 20,<br><br>    Defendants. | Case No.  CV-08-3463 (MEJ)<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS [FED. R. CIV. P. 12(b)(6)] AND MOTION TO STRIKE [FED. R. CIV. P. 12(f)**<br><br>DATE:    September 18, 2008<br>TIME:    TBA<br>DEPT:    TBA<br>JUDGE:    TBA |

Defendants' Motion to Dismiss/Motion to Strike came on regularly before this Court for hearing on September 28, 2008.  Plaintiff Elizabeth Fowler was represented by her counsel of record, Pillsbury & Levinson, LLP; Defendants Aetna Life Insurance Company, The Parsons Brinckerhoff Group Administration, Inc. Short Term Disability Plan, and The Parsons Brinckerhoff Group Administration, Inc. Long Term Disability Plan were represented by their counsel of record, Gordon & Rees LLP.

///

///

1  Having considered the papers filed in support of and in opposition to this
2  Motion and the oral argument presented at the hearing, the Court denies Defendants'
3  Motion to Dismiss/Motion to Strike in its entirety.

5  IT IS SO ORDERED.

Dated: September __, 2008

_____
United States District Court