**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH F0WLER,

     Plaintiff,

     v.

AETNA LIFE INSURANCE COMPANY, THE
PARSONS BRINCKERHOFF GROUP
ADMINISTRATION, INC., SHORT TERM
DISABILITY PLAN, THE PARSONS
BRINCKERHOFF GROUP
ADMINISTRATION, INC., LONG TERM
DISABILITY PLAN, and DOES 1 through 20,

     Defendant.

                                   /

No. C 08-03463 WHA

**ORDER CONTINUING
CASE MANAGEMENT
CONFERENCE**

     The Court hereby **CONTINUES** the case management conference, currently set for

October 16, 2008, at 11:00 a.m., to **OCTOBER 22, 2008, AT 11:00 A.M.**  All related deadlines are

**EXTENDED** accordingly.

     **IT IS SO ORDERED.**

Dated:   October 1, 2008.

                                    
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE