1  RONALD K. ALBERTS (SBN 100017)
   TAD A. DEVLIN (SBN 190355)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  Attorneys for Defendants
   AETNA LIFE INSURANCE COMPANY, THE PARSONS
6  BRINCKERHOFF GROUP ADMINISTRATION, INC.
   SHORT TERM DISABILITY PLAN AND THE PARSONS
7  BRINCKERHOFF GROUP ADMINISTRATION, INC.
   LONG TERM DISABILITY PLAN
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 ELIZABETH FOWLER,                    CASE NO. C08-03463 MEJ

13                 Plaintiff,            **STIPULATION AND [PROPOSED]
        v.                               ORDER TO CONTINUE THE CASE
                                         MANAGEMENT CONFERENCE**
14 AETNA LIFE INSURANCE COMPANY;
   THE PARSONS BRINCKERHOFF GROUP
15 ADMINISTRATION, INC. SHORT TERM
   DISABILITY PLAN; THE PARSONS
16 BRINCKERHOFF GROUP
   ADMINISTRATION, INC. LONG TERM
17 DISABILITY PLAN; AND DOES 1
   THROUGH 20, INCLUSIVE,
18
                   Defendants.
19

20

21 TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

22      Defendants AETNA LIFE INSURANCE COMPANY, THE PARSONS

23 BRINCKERHOFF GROUP ADMINISTRATION, INC. SHORT TERM DISABILITY PLAN

24 and THE PARSONS BRINCKERHOFF GROUP ADMINISTRATION, INC. LONG TERM

25 DISABILITY PLAN (collectively, the "Defendants") and Plaintiff ELIZABETH FOWLER

26 ("Plaintiff") hereby agree to and stipulate to continue the Case Management Conference in the

27 above-referenced matter from May 27, 2009 to July 1, 2009.

28

1  Good cause exists for continuing the Case Management Conference to July 1, 2009
2  because lead trial counsel for Defendants will be out of the country on May 27, 2009 on a pre-
3  paid planned vacation. As such, and due to the unavailability of lead trial counsel for Plaintiff
4  for a date in June to reset the Case Management Conference, Plaintiff and Defendants, by and
5  through their respective counsel, mutually agree to and stipulate to continue the Case
6  Management Conference to July 1, 2009, or as soon thereafter as convenient with the Court's
7  schedule.

**IT IS SO STIPULATED.**

DATED: March ___, 2009                    GORDON & REES LLP


By____/s/ Tad A. Devlin_____
        Tad A. Devlin
Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY,
THE PARSONS BRINCKERHOFF GROUP
ADMINISTRATION, INC. SHORT TERM
DISABILITY PLAN and THE PARSONS
BRINCKERHOFF GROUP ADMINISTRATION,
INC. LONG TERM DISABILITY PLAN


DATED: March ___, 2009                    PILLSBURY & LEVINSON LLP


By____/s/ Brian H. Kim_____
        Brian H. Kim
Attorneys for Plaintiff
ELIZABETH FOWLER

-2-
STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE                    CASE NO. C08-03463 MEJ

1  **[PROPOSED] ORDER**

2  On the basis of the foregoing stipulation of the parties and good cause appearing therefor,

3  **IT IS SO ORDERED THAT:**

4  The Case Management Conference currently scheduled for May 27, 2009 at 11:00 a.m. is continued to ~~July 1, 2009 at 11:00 a.m.~~ May 21, 2009, at 11:00 a.m. The parties shall file a joint Case Management Conference Statement no later than ten (10) days before the ~~July 1, 2009~~ May 21, 2009 Case Management Conference.

Dated: March 6, 2009.

_____
Honorable William Alsup
United States District Judge

APPROVED
Judge William Alsup

-3-

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE             CASE NO. C08-03463 MEJ