IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH FOWLER,

    Plaintiff,

  v.

AETNA LIFE INSURANCE COMPANY, *et al.*,

    Defendants.

    /

No. C 08-03463 WHA

**ORDER RE REQUEST FOR INFORMATION**

    By **NOON, MAY 13, 2009**, the parties must provide citations to the administrative record showing that the basis for the denial of benefits was due to plaintiff's failure to obtain or seek an accommodation under the disability laws.

    **IT IS SO ORDERED.**

Dated: May 12, 2009

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE