IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH F0WLER,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY, THE PARSONS BRINCKERHOFF GROUP ADMINISTRATION, INC., SHORT TERM DISABILITY PLAN, THE PARSONS BRINCKERHOFF GROUP ADMINISTRATION, INC., LONG TERM DISABILITY PLAN, and DOES 1 through 20, inclusive,

    Defendants.

No. C 08-03463 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE AND DEFENDANTS' MOTION FOR A PROTECTIVE ORDER AND VACATING HEARINGS ON 8/20/09, 9/3/2009 AND 9/17/2009**

The Court calls the parties' attention to the supplemental order filed on September 22, 2009, and requests that counsel read and be familiar with the order. A further meet-and-confer is set for **AUGUST 19, 2009, AT 8:00 A.M.** in the Court's jury room on the 19th floor at the federal courthouse in San Francisco. Any outstanding issue(s) not resolved shall be heard by the Court at 11:00 a.m. on that same day. Oppositions to both motions must be filed no later than **5:00 P.M. ON AUGUST 17, 2009**. The parties' noticed hearings for both August 20, September 3 and September 17 are **VACATED**.

Please note that only those counsel who attend the further meet-and-confer may argue at the hearing.

**IT IS SO ORDERED.**

Dated: August 10, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE