1   Arnold R. Levinson    (State Bar No. 066583)
    Terrence J. Coleman   (State Bar No. 172183)
2   Brian H. Kim          (State Bar No. 215492)
    PILLSBURY & LEVINSON, LLP
3   The Transamerica Pyramid
    600 Montgomery St., 31st Floor
4   San Francisco, California 94111
    Telephone: (415) 433-8000
5   Facsimile:  (415) 433-4816
    Email:  alevinson@pillsburylevinson.com
6           tcoleman@pillsburylevinson.com
            bkim@pillsburylevinson.com
7
    Attorneys for Plaintiff
8   ELIZABETH FOWLER

9   RONALD K. ALBERTS (SBN 100017)
    TAD A. DEVLIN (SBN 190355)
10  GORDON & REES LLP
    275 Battery Street, Suite 2000
11  San Francisco, CA  94111
    Telephone:  (415) 986-5900
12  Facsimile:  (415) 986-8054

13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16

17  ELIZABETH FOWLER,                    )   Case No.  C 08-03463 WHA
                                         )
18                 Plaintiff,            )   **JOINT STIPULATION AND**
                                         )   **[PROPOSED] ORDER SHORTENING**
19  v.                                   )   **TIME FOR PLAINTIFF'S MOTION**
                                         )   **TO COMPEL PERSONNEL FILE**
20  AETNA LIFE INSURANCE COMPANY;        )   **DOCUMENTS**
    THE PARSONS BRINCKERHOFF             )
21  GROUP ADM SHORT TERM                 )
    DISABILITY PLAN; THE PARSONS         )   Date:  ~~September 10, 2009~~
22  BRINCKERHOFF GROUP ADM LONG          )   Time:  ~~8:00 a.m.~~
    TERM DISABILITY PLAN, et al.,        )   Courtroom:  9, 19th Floor
23                                       )   Judge:  Hon. William H. Alsup
                   Defendants.           )
24  _____ )

25

26

27

28

---
-1-

## STIPULATION

Plaintiff Elizabeth Fowler and Defendants Aetna Life Insurance Company, The Parsons Brinckerhoff Group ADM Short Term Disability Plan, The Parsons Brinckerhoff Group ADM Long Term Disability Plan, by and through their respective counsel of record, hereby stipulate and agree as follows:

1.       Plaintiff intends to file a Motion to Compel the production of certain documents from the personnel file of Aetna claims handler Andres Matos on September 1, 2009. Defendants intend to oppose Plaintiff's Motion.  The Motion and supporting papers shall be filed under seal pursuant to Local Rule 79-5, per the Court's August 21, 2009 Order.

2.       The deposition of Mr. Matos is currently set for September 17, 2009.

3.       In light of the September 17, 2009 date for Mr. Matos' deposition, and the discovery cutoff deadline of September 30, 2009, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the notice and briefing deadlines for Plaintiff's Motion to Compel be shortened to the following deadlines:

- September 1, 2009 – Plaintiff's Notice of Motion and Motion to Compel and supporting papers to be filed under seal pursuant to Local Rule 79-5;
- September 8, 2009 – Defendants' Opposition and supporting papers in opposition to Motion to Compel to be filed under seal pursuant to Local Rule 79-5.

///
///
///
///
///
///
///
///
///
///

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

JOINT STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR PLAINTIFF'S
MOTION TO COMPEL PERSONNEL FILE DOCUMENTS                    Case No.  C 08-03463 WHA

1    The hearing for Plaintiff's Motion to Compel and Defendants' Motion for Protective

2    Order shall be on September 10, 2009 at 8:00 a.m. before the Honorable William H. Alsup.

3    DATED: August 31, 2009                    PILLSBURY & LEVINSON, LLP
                                                BRIAN H. KIM
4

5                                              By:    /s/ Brian H. Kim
6                                                     BRIAN H. KIM
                                               Attorneys for Plaintiff Elizabeth Fowler
7

8    DATED: August 31, 2009                    GORDON & REES LLP
                                                RONALD K. ALBERTS
9                                               TAD A. DEVLIN

10

11                                             By:    /s/ Tad A. Devlin
                                                      RONALD K. ALBERTS
12                                                    TAD A. DEVLIN
                                               Attorneys for Defendants Aetna Life Insurance
13                                             Company, the Parsons Brinckerhoff Group ADM Short
                                               Term Disability Plan, and the Parsons Brinckerhoff
14                                             Group ADM Long Term Disability Plan

15                            [PROPOSED] ORDER

16          Upon consideration of the foregoing request, and with good cause appearing therefore,

17    IT IS HEREBY ORDERED that the notice and briefing deadlines for Plaintiff's motion

18    for leave to file her Second Amended Complaint be shortened to the following deadlines:

19    •  September 1, 2009 – Plaintiff's Notice of Motion and Motion to Compel and

20       supporting papers to be filed under seal pursuant to Local Rule 79-5;

21    •  September 8, 2009 – Defendants' Opposition and supporting papers to Motion to

22       Compel to be filed under seal pursuant to Local Rule 79-5; and

                                                              **September 14, 2009 at 2 p.m.**
23       The hearing for Plaintiff's Motion to Compel shall be on ~~September 10,~~ ~~2009 at 8:00~~

24    ~~a.m.~~ before the Honorable William H. Alsup.

25          PURSUANT TO STIPULATION, IT IS SO ORDERED.

26    Dated: _August 31_, 2009

27                                             Hon. William H. Alsup
                                               United States District Judge

28

IT IS SO ORDERED

Judge William Alsup

-3-

JOINT STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR PLAINTIFF'S
MOTION TO COMPEL PERSONNEL FILE DOCUMENTS                      Case No. C 08-03463 WHA

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111