Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FOWLER, | Case No. C 08-03463 WHA |
| Plaintiff, | [PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL |
| v. | |
| AETNA LIFE INSURANCE COMPANY; THE PARSONS BRINCKERHOFF GROUP ADM SHORT TERM DISABILITY PLAN; THE PARSONS BRINCKERHOFF GROUP ADM LONG TERM DISABILITY PLAN, et al., | |
| Defendants. | |

After full consideration of the evidence, and the written and oral submissions by the parties,

IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Compel, Defendants' Opposition to Plaintiff's Motion to Compel, and the respective supporting papers of both parties, shall be filed under seal. The parties shall both lodge under seal all of their respective briefs and supporting documents related to Plaintiff's Motion to Compel, with the Clerk of the Court and this Court's chambers.

///

///

2. Each party shall also timely serve the opposing party with its briefs and supporting documents related to Plaintiff's Motion to Compel.

DATED: September 11, 2009

_____
The Honorable
Judge William Alsup

IT IS SO ORDERED