```
 1  Arnold R. Levinson    (State Bar No. 066583)
    Terrence J. Coleman   (State Bar No. 172183)
 2  Brian H. Kim          (State Bar No. 215492)
    PILLSBURY & LEVINSON, LLP
 3  The Transamerica Pyramid
    600 Montgomery St., 31st Floor
 4  San Francisco, California 94111
    Telephone: (415) 433-8000
 5  Facsimile:  (415) 433-4816
    Email:  alevinson@pillsburylevinson.com
 6          tcoleman@pillsburylevinson.com
            bkim@pillsburylevinson.com
 7
    Attorneys for Plaintiff
 8  ELIZABETH FOWLER

 9  RONALD K. ALBERTS (SBN 100017)
    TAD A. DEVLIN (SBN 190355)
10  GORDON & REES LLP
    275 Battery Street, Suite 2000
11  San Francisco, CA  94111
    Telephone:  (415) 986-5900
12  Facsimile:  (415) 986-8054
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FOWLER, | Case No. C 08-03463 WHA |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND PRE-TRIAL DATES** |
| v. | |
| AETNA LIFE INSURANCE COMPANY; THE PARSONS BRINCKERHOFF GROUP ADM SHORT TERM DISABILITY PLAN; THE PARSONS BRINCKERHOFF GROUP ADM LONG TERM DISABILITY PLAN, et al., | Date:      September 10, 2009<br>Time:      8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge:     Hon. William H. Alsup |
| Defendants. | |

-1-
JOINT STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DATES         Case No. C 08-03463 WHA

**STIPULATION**

Plaintiff Elizabeth Fowler and Defendants Aetna Life Insurance Company, The Parsons Brinckerhoff Group ADM Short Term Disability Plan, The Parsons Brinckerhoff Group ADM Long Term Disability Plan, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Currently, a bench trial for this matter is set for October 26 and 27, 2009, with pre-trial disclosures due September 25, 2009, discovery cut-off of September 30, 2009, and a final pre-trial conference on October 13, 2009. The parties have worked diligently and cooperatively to meet these deadlines.

2. Discovery that the Court granted Plaintiff leave to conduct included the deposition of Aetna employee Andres Matos. Mr. Matos' deposition was scheduled to take place on September 17, 2009, in Hartford, Connecticut. However, the mother of Plaintiff's counsel, Terrence J. Coleman, was unexpectedly hospitalized that week with the onset of a serious illness. In light of this, the parties agreed to continue Mr. Matos' deposition and are working to confirm a new deposition date for mid October.

3. Discovery that the Court granted Plaintiff leave to obtain included the peer review reports and other relevant claim documents for a statistical sample of 100 claimants for whom Lawrence Blumberg, M.D. provided a peer records review. Aetna has been obtaining said documents in good faith and producing said documents to Plaintiff on a rolling basis, but will unable to complete production of the sample documents before the September 30, 2009 discovery deadline. The parties agree that the sample documents must be reviewed in their entirely before the parties can disclose to the Court those portions that will be cited as exhibits for the bench trial.

4. In light of the foregoing, the parties stipulate to continue the applicable deadlines as follows:

- To extend the September 30, 2009 discovery cut-off insofar as to allow completion of Mr. Matos' deposition and the production of the documents for the sample of 100 claimants for whom Lawrence Blumberg, M.D. submitted a

1 report;

- To continue the trial dates from October 26 and 27, 2009, to **December 14 and 15, 2009**;
- To continue the final pretrial conference from October 13, 2009, to **November 24, 2009**;
- To continue the date for submitting pretrial disclosures from September 25, 2009, to **October 23, 2009**; and
- To continue the date for submitting the proposed pretrial order from October 6, 2009 to **November 18, 2009.**

The parties respectfully request the Court to adopt the foregoing dates or such other later dates available and convenient for the Court.

DATED: September 25, 2009     PILLSBURY & LEVINSON, LLP
                              BRIAN H. KIM


                              By:    /s/ Brian H. Kim
                                     BRIAN H. KIM
                              Attorneys for Plaintiff Elizabeth Fowler


DATED: September 25, 2009     GORDON & REES LLP
                              RONALD K. ALBERTS
                              TAD A. DEVLIN


                              By:    /s/ Tad A. Devlin
                                     RONALD K. ALBERTS
                                     TAD A. DEVLIN
                              Attorneys for Defendants Aetna Life Insurance
                              Company, the Parsons Brinckerhoff Group ADM Short
                              Term Disability Plan, and the Parsons Brinckerhoff
                              Group ADM Long Term Disability Plan

## [PROPOSED] ORDER

Upon consideration of the foregoing request, and with good cause appearing therefore,

IT IS HEREBY ORDERED that the trial and pre-trial dates are continued as follows:

- December 14 and 15, 2009 – Trial;   **at 7:30 a.m.**
- November 24, 2009 – Final Pretrial Conference;   **at 7:30 a.m.**

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

-3-
JOINT STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DATES          Case No. C 08-03463 WHA

- October 23, 2009 – Last day to complete pretrial disclosures;
- November 18, 2009 – Last day to submit proposed pretrial order.
- The discovery cut-off of September 30, 2009, is extended insofar as to allow completion of Mr. Matos' deposition and the production of the documents for the sample of 100 claimants for whom Lawrence Blumberg, M.D. submitted a report.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 29, 2009



Hon. William H.
United States District Judge

-4-
JOINT STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DATES          Case No. C 08-03463 WHA