IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH F0WLER, | No. C 08-03463 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST FOR CONTINUANCE OF PRETRIAL AND TRIAL DATES** |
| AETNA LIFE INSURANCE COMPANY; THE PARSONS BRINCKERHOFF GROUP ADMINISTRATION INC. SHORT TERM DISABILITY PLAN; THE PARSONS BRINCKERHOFF GROUP ADMINISTRATION, INC. LONG TERM DISABILITY PLAN; and DOES 1 through 20, | |
| Defendants. / | |

The Court has received and considered the joint notice of settlement and request for continuance filed by the parties. The representations made therein, however, are not sufficient under Paragraph 28 of the Guidelines for Trial and Final Pretrial Conference in Civil Bench Cases to continue the pretrial conference and trial date, because all that has occurred is a settlement *in principle*. Once a written settlement agreement has been signed by all parties to the agreement, the Court will consider a motion for continuance if all that remains is a ministerial act.

Until and unless that occurs, all parties must be prepared to proceed with the final pretrial

conference as scheduled and to proceed to trial on the trial date, on pain of dismissal of the case for lack of prosecution or entry of default judgment.

**IT IS SO ORDERED.**

Dated: November 18, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE