1  Terrence J. Coleman  (State Bar No. 172183)
   Brian H. Kim          (State Bar No. 215492)
2  PILLSBURY & LEVINSON, LLP
   The Transamerica Pyramid
3  600 Montgomery St., 31st Floor
   San Francisco, California 94111
4  Telephone: (415) 433-8000
   Facsimile:  (415) 433-4816
5  Email: tcoleman@pillsburylevinson.com, bkim@pillsburylevinson.com

6  Attorneys for Plaintiff
   ELIZABETH FOWLER
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ELIZABETH FOWLER,                          ) Case No. CV-08-3463 (WHA)
                                              )
12          Plaintiff,                        ) **STIPULATION OF DISMISSAL WITH**
                                              ) **PREJUDICE AND [PROPOSED] ORDER**
13 v.                                         ) **THEREON**
                                              )
14 AETNA LIFE INSURANCE COMPANY;              )
   THE PARSONS BRINCKERHOFF GROUP             )
15 ADMINISTRATION INC. SHORT TERM             )
   DISABILITY PLAN; THE PARSONS               )
16 BRINCKERHOFF GROUP                         )
   ADMINISTRATION, INC. LONG TERM             )
17 DISABILITY PLAN; and DOES 1 through        )
   20,                                        )
18                                            )
            Defendants.                       )
19 _____)

20

21     Plaintiff Elizabeth Fowler and Defendants Aetna Life Insurance Company, The Parsons

22 Brinckerhoff Group Administration, Inc. Short Term Disability Plan and The Parsons Brinckerhoff

23 Group Administration Inc. Long Term Disability Plan, through their respective attorneys of record,

24 HEREBY STIPULATE that the above-captioned matter and all claims of relief therein are dismissed

25 with prejudice as to all parties in its entirety. Each party is to bear its own fees and costs.

26     **IT IS SO STIPULATED.**

27 ///

28 ///

-1-

1  Dated: December 14, 2009                        PILLSBURY & LEVINSON, LLP

2                                         By:  _____

3                                                Terrence J. Coleman
                                                 Brian H. Kim
4                                                Attorneys for Plaintiff
                                                 ELIZABETH FOWLER
5

6  Dated: December 14, 2009                        GORDON & REES LLP

7
                                          By:  _____
8                                                RONALD K. ALBERTS
                                                 TAD A. DEVLIN
9                                                Attorneys for Defendants
                                                 AETNA LIFE INSURANCE COMPANY, THE
10                                               PARSONS BRINCKERHOFF GROUP ADM
                                                 SHORT TERM DISABILITY PLAN, AND THE
11                                               PARSONS BRINCKERHOFF GROUP ADM
                                                 LONG TERM DISABILITY PLAN

STIPULATION OF DISMISSAL WITH PREJUDICE
AND [REDACTED] ORDER THEREON

Case No. 08-3463 WHA

| | | |
|---|---|---|
| Dated: December 14, 2009 | | PILLSBURY & LEVINSON, LLP |
| | By: | _____ |
| | | Terrence J. Coleman |
| | | Brian H. Kim |
| | | Attorneys for Plaintiff |
| | | ELIZABETH FOWLER |
| Dated: December 14, 2009 | | GORDON & REES LLP |
| | By: | /s/ _____ |
| | | RONALD K. ALBERTS |
| | | TAD A. DEVLIN |
| | | Attorneys for Defendants |
| | | AETNA LIFE INSURANCE COMPANY, THE PARSONS BRINCKERHOFF GROUP ADM SHORT TERM DISABILITY PLAN, AND THE PARSONS BRINCKERHOFF GROUP ADM LONG TERM DISABILITY PLAN |

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-captioned matter and all claims of relief therein are dismissed with prejudice as to all parties in this action. Each party is to bear its own fees and costs. **THE CLERK SHALL CLOSE THE FILE.**

**IT IS SO ORDERED.**

Dated: December 14, 2009

IT IS SO ORDERED.

_____
Hon. William Alsup
UNITED STATES DISTRICT COURT

-2-